IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YOCHUNN R. JOHNSON,<br>    Plaintiff, | §<br>§<br>§ |
| v. | §    Civil Action: 3:15-CV-0254-N-BK |
| | § |
| CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | §<br>§<br>§<br>§ |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 23rd day of October, 2015.

_____
THE HONORABLE DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE